US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

APR 15 2015

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA )
)
) No. 6:15 CR 60015-001
v. )
) 21 U.S.C. § 841(a)(1)
)
MICHAEL ANDERSON )

**INDICTMENT**

The Grand Jury Charges:

COUNT ONE

On or about February 28, 2015, in the Western District of Arkansas, Hot Springs Division, the Defendant, **MICHAEL ANDERSON**, knowingly and intentionally possessed with the intent to distribute a controlled substance, namely, a mixture or substance that contained methamphetamine, a Schedule II controlled substance, in violation of Title 21 U.S.C. § 841(a)(1).

A True Bill.

CONNER ELDRIDGE
UNITED STATES ATTORNEY

/s/ Grand Jury Foreperson
Grand Jury Foreperson

By: [signature]
David A. Harris
Assistant U. S. Attorney
Arkansas Bar No. 2003104
414 Parker Avenue
Fort Smith, AR 72901
479-783-5125
E-mail david.a.harris@usdoj.gov