US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

APR 1 6 2015

CHRIS R. JOHNSON, Clerk
By
        Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 6:15CR60015-001 |
| | ) | |
| MICHAEL ANDERSON | ) | |

## PETITION AND ORDER FOR WRIT
## HABEAS CORPUS AD PROSEQUENDUM

Comes now the United States Attorney for the Western District of Arkansas and for his petition, states:

1. That MICHAEL ANDERSON defendant herein, is now confined in the Garland County Jail and is being held by the Sheriff thereof.

2. It is requested that said defendant be brought before the United States District Court, Western District of Arkansas, Hot Springs, Arkansas, for proceedings on the charges now pending against him and said defendant then be returned to the above-named institution at the conclusion of all proceedings in the above named Court.

WHEREFORE, your petitioner prays the Court to forthwith order the issuance of a Writ of Habeas Corpus Ad Prosequendum directed to the following:

United States Marshal for the Western District of Arkansas
Sheriff, Garland County Jail

requiring them to produce the body of the said defendant before this Court, Hot Springs, Arkansas, on **May 5, 2015 at 10:00 a.m.**.

CONNER ELDRIDGE
UNITED STATES ATTORNEY

BY: David A. Harris
Assistant U. S. Attorney
Arkansas Bar No. 2003104
414 Parker Avenue
Fort Smith, Arkansas   72901
Telephone: 479-783-5125
E-mail: David.A.Harris@usdoj.gov

IT IS SO ORDERED this
16th day of April, 2015.

_____
Honorable Mark E. Ford
United States Magistrate Judge

2